IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF BREANNA VASQUEZ,

    Plaintiff,

v.     CV 16-1286 WPL/KK

CITY OF SANTA FE POLICE DEPARTMENT,
CITY OF SANTA FE, OFFICER MICHAEL DIMAS,
OFFICER LUKAS WAKEFIELD, JOHN DOE #1, and
JOHN DOE #2,

    Defendants.

## ORDER GRANTING MOTION TO AMEND AND DENYING AS MOOT MOTION TO DISMISS

The Defendants filed an opposed partial motion to dismiss. (Doc. 26.) In response, the Estate of Breanna Vasquez moved to amend its complaint to address the Defendants' concerns, as elucidated in the partial motion to dismiss. (Doc. 28.) The Estate then filed a Notice of Concurrence, stating that the Defendants had approved the motion to amend and the amended complaint. (Doc. 29.) The motion to amend is therefore granted. Furthermore, the amended complaint renders the motion to dismiss moot. The motion to dismiss is therefore denied as moot.

The Estate must file its amended complaint within seven days from the date of entry of this Order. The Defendants will then have fourteen days to file an answer or other responsive pleading.

It is so ordered.

                                                                                       */s/ William P. Lynch*
                                                                       William P. Lynch
                                                                   United States Magistrate Judge