IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF BREANNA VASQUEZ,

    Plaintiff,

v.	CV 16-1286 WPL/KK

CITY OF SANTA FE POLICE DEPARTMENT,
CITY OF SANTA FE, OFFICER MICHAEL DIMAS,
OFFICER LUKAS WAKEFIELD, JOHN DOE #1, and
JOHN DOE #2,

    Defendants.

## ORDER

To facilitate the parties' requested trial date in August 2017, the parties are reminded that no extensions, of any kind, will be allowed for discovery and pretrial deadlines. The parties may not stipulate to any extensions of briefing. Additionally, the Court will not grant any extensions.

It is so ordered.

_____
William P. Lynch
United States Magistrate Judge